STATE v. ANTHONY

No. 257A82-2

Case below: Cabarrus County Superior Court

Petition by defendant for writ of certiorari allowed 8 July 1998 for the limited purpose of remanding this case to the Superior Court, Cabarrus County, for reconsideration of defendant's motion for appropriate relief in light of this Court's opinion in *State v. Bates*, 348 N.C. 29.

STATE v. BABSON

No. 220P98

Case below: 129 N.C.App. 644

Petition by Attorney General for writ of supersedeas and motion for temporary stay denied 8 July 1998. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

STATE v. BOOKER

No. 241P98

Case below: 129 N.C.App. 644

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

STATE v. BREWER

No. 210P98

Case below: 129 N.C.App. 428

Petition by defendant (Pro Se) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 July 1998.

STATE v. CARTER

No. 160A92-2

Case below: Wayne County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Wayne County denied 8 July 1998.